DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**21st MORTGAGE CORPORATION** as Master Servicer for **CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB,** as Trustee for **KNOXVILLE 2012 TRUST, et al.,**
Appellant,

v.

**STANLEY ROSEN,** et al.,
Appellee.

No. 4D18-3494

[November 27, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 12-031840.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellant.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***